IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WARREN SKILLERN,

    Plaintiff,

v.                                      CIVIL ACTION NO.: CV611-122

RICHARD W. STORY and
MILDRED NORWOOD,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections and a Motion to Amend have been filed. Plaintiff contends that the "three strikes" provision does not apply to his cause of action because he has alleged that his access to the courts has been abridged. Plaintiff also contends that Defendants are not entitled to immunity. Even accepting Plaintiff's contentions as true, Plaintiff would not be permitted to proceed in this Court, as Defendants reside in the Northern District of Georgia.

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is

**DISMISSED**. Plaintiff's Motion to Amend is **DISMISSED** as moot. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 18th day of Jan, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)